**H. A. Foncannon, appellee, v. J. A. Lewis et al., appellants.**

Action upon promissory notes.    Judgment for plaintiff.    Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed. Opinion filed February 17, 1926.
  H. F. Knox and Moses Pulverman, for appellants.    Shaw & Huffman and William P. Seeber, for appellee.
  Mr. Justice Barry delivered the opinion of the court.

---

**Tony Voudrie, appellee, v. The East Side Levee and Sanitary District, appellant.**

Action to recover damages for injury to lands by flooding.    Judgment for plaintiff.    Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed.    Opinion filed February 17, 1926.    Rehearing denied March 31, 1926.
  J. L. Flannigen and John E. Hamlin, for appellant.    Turner, Holder & Bullington, for appellee.
  Mr. Justice Barry delivered the opinion of the court.

---

**Bennie Koonce, appellee, v. Samuel W. Andrews, appellant.**

Action to recover damages for personal injuries and damage to automobile in collision.    Judgment for plaintiff.    Appeal from the Circuit Court of Bond county; the Hon. Louis Bernreuter, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed. Opinion filed February 17, 1926.
  E. E. Schnepp, for appellant.    Henry Meyer and J. M. Albert, for appellee.
  Mr. Justice Barry delivered the opinion of the court.

---

**Frank Berry, appellant, v. Jacob W. Elble et al., appellees.**

Bill to abate nuisance.    Decree for defendants.    Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed. Opinion filed February 17, 1926.
  Williamson, Burroughs & Simpson, for appellant.    William P. Boynton, for appellees.
  Mr. Justice Barry delivered the opinion of the court.